# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA WHEELER, an Individual; and JONATHON GOETZ, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, and DOES 1-100, inclusive. <br><br> Defendants. | **Case No. CV16-03289 BRO (PJWx)** <br> *Hon Beverly Reid O'Connell – Courtroom 7C* <br> *Hon. Mag. Patrick J. Walsh, Courtroom 790* <br><br> **JUDGMENT** <br><br> Trial Date: August 22, 2017 |

On August 22, 2017, the foregoing matter was called for trial in Courtroom 7C of the United States District Court, Central District of California, the Honorable Beverly Reid O'Connell presiding. The parties answered ready for Trial. On August 22, 2017, a panel of jurors were called and sworn.

On August 29, 2017, after closing arguments, the case was submitted to the jury for deliberation. On August 30, 2017, the jury returned a verdict as follows:

///

///

WE, THE JURY, in the above-entitled action, find the following Special Verdict on the following questions submitted to us:

*QUESTION NO. 1:*

As to the Fourteenth Amendment Failure to Protect Claim, did Defendant fail to protect Plaintiff decedent Angela Slack as described in this Court's jury instructions?

Answer: Yes \_\_\_\_\_ No  X 

*QUESTION NO. 2:*

Was the Failure to Protect identified in Question No. 1 a moving force that caused the ultimate injury or harm to Plaintiff decedent Angela Slack?

Answer: Yes \_\_\_\_\_ No  X 

*QUESTION NO. 3:*

As to the Fourteenth Amendment Failure to Provide Medical Care Claim, did Defendant fail to provide medical care to Plaintiff decedent Angela Slack as described in this Court's jury instructions?

Answer: Yes \_\_\_\_\_ No  X 

*QUESTION NO. 4:*

Was the Failure to Provide Medical Care identified in Question No. 3 a moving force that caused the ultimate injury or harm to Plaintiff decedent Angela Slack?

Answer: Yes \_\_\_\_\_ No  X 

**If you answered yes, to questions 1 and 2 or 3 and 4, please proceed to question 5. If you did not answer yes to questions 1 and 2 or 3 and 4, please sign and date the verdict form and notify the bailiff.**

***QUESTION NO. 5:***

As to the Municipal Liability Claim for an Unconstitutional Custom, Policy or Practice, do you find that Plaintiffs proved this claim as described in this Court's jury instructions?

    Answer:              Yes \_\_\_\_\_   No \_\_\_\_\_

***QUESTION NO. 6:***

Was the Unconstitutional Custom, Policy or Practice identified in Question No. 5 a moving force that caused the ultimate injury or harm to Plaintiff decedent Angela Slack?

    Answer:              Yes \_\_\_\_\_   No \_\_\_\_\_

***QUESTION NO. 7:***

If you had any "Yes" answers to Question Nos. 2, 4 and/or 6, please answer the following question.

What are Plaintiff Decedent Angela Slack's damages?

    Past medical expenses: $_____

    Past pain and suffering: $_____

    Total: $_____

Dated:   August 30, 2017           Redacted Verdict Form As To
                                              Foreperson Signature
                                              FOREPERSON

Therefore, IT IS HEREBY ORDERED, DECREED and ADJUDGED that Judgment on the merits be entered in favor of Defendant CITY OF LOS ANGELES against Plaintiffs VIRGINIA WHEELER and JONATHON GOETZ, and that Plaintiffs take nothing; and that Defendant CITY OF LOS ANGELES, as the prevailing party, shall be entitled to recover their costs reasonably incurred in defense of this action per the cost bill, which is to be filed separately.

IT IS SO ORDERED.

DATED: September 14, 2017

_____
HON. BEVERLY REID O'CONNELL
United States District Judge